NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, *v.* ANTHONY ARTHELIA et al., Appellants.

Submitted November 15, 1948; decided November 24, 1948.

*Willard R. Pratt, W. Roger Pratt* and *Edward W. Bock* for motion.

*James S. Kernan, Jr.,* and *Francisco Penberthy* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.